UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 10 B 08333 |
|---|---|
| | CHAPTER 13 |
| PERRY NICHOLAS MASTRO | |
| ANTONIA MASTRO | JUDGE JANET S BAER |
| | |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BANK OF AMERICA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 21 | 2 | 4790 9720 NASHVILLE | $476.84 | $476.84 | $476.84 |
| Total Amount Paid by Trustee | | | | | $476.84 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-08333-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 6th day of April, 2015.

| Debtor: | Attorney: |
|---|---|
| PERRY NICHOLAS MASTRO | GERACI LAW LLC |
| ANTONIA MASTRO | 55 E MONROE # 3400 |
| 9720 S NASHVILLE AVE | CHICAGO, IL 60603 |
| OAK LAWN, IL 60453 | via Clerk's ECF noticing procedures |

| Creditor: | Mortgage Creditor: |
|---|---|
| BANK OF AMERICA | BAC HOME LOANS SERVICING |
| PO BOX 660933 | 1757 TAPO CANYON RD |
| DALLAS, TX 75266-0933 | MAIL STOP SV-46 |
| | SIMI VALLEY, CA 93063 |

| Mortgage Creditor: | Creditor: |
|---|---|
| BAC HOME LOANS SERVICING LP | BAC HOME LOANS SERVICING LP |
| % PROBER & RAPHAEL LAW CORP | % BANK OF AMERICA |
| 20750 VENTURA BLVD #100 | 7105 CORPORATE DR |
| WOODLAND HILLS, CA 91364 | PLANO, TX 75024 |

ELECTRONIC SERVICE - United States Trustee

Date: April 06, 2015                                  /s/ TOM VAUGHN
                                                     TOM VAUGHN
                                                     CHAPTER 13 TRUSTEE
                                                     55 E. MONROE STREET, SUITE 3850
                                                     CHICAGO, IL 60603